No. —, Original. EX PARTE WILFRED HILL CASTLEMAN. November 23, 1942. The motion for leave to file petition for writ of mandamus is denied.

No. —, Original. EX PARTE CECIL WRIGHT. November 23, 1942. The motion for leave to proceed *in forma pauperis* is granted. The motion for leave to file petition for writ of certiorari to the District Court of the United States for the Eastern District of Illinois is denied.

No. 510. DONOVAN *v.* TURNER ET AL., COPARTNERS. December 7, 1942. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. L. E. Dadmun* for appellant. *Messrs. Virgil T. Seaberry* and *Vernon Bettin* for appellees.